[Cite as *07/05/2002 Case Announcements*, 2002-Ohio-3450.]

# The Supreme Court of Ohio

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### July 5, 2002

## MOTION AND PROCEDURAL RULINGS

**2001-1048.  State v. Martello.**
Ashtabula App. No. 2000-A-0026. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of appellee's motion for appointment of counsel,

IT IS ORDERED by the court that the motion for appointment of counsel be, and hereby is, denied.

Douglas and F.E. Sweeney, JJ., dissent.

Lundberg Stratton, J., dissents, would appoint counsel, and would grant leave to file brief.

**2002-0991. State v. Matthews.**
Summit App. No. 20749, 2002-Ohio-2206. This cause is pending before the court as a discretionary appeal. Upon consideration of the motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

Resnick and F.E. Sweeney, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2002-0645.  State ex rel. Gibson v. Indus. Comm.**
Franklin App. No. 01AP-769. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002-0961. Cincinnati Gas & Elec. Co. v. Clermont Cty. Bd. of Revision.** Board of Tax Appeals Nos. 98-K-707 and 98-K-708.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002-0793. State ex rel. Tritt v. State Emp. Relations Bd.** Franklin App. No. 01AP-751.

## ADMINISTRATIVE ACTIONS

1. Joyce B. Link was appointed to the Supreme Court Rules Advisory Committee.

2. Amendments to Gov.Jud.R. IV, Gov.Bar R. X, and Continuing Legal Education Regulations 100, 200, 300, 302, 303, 304, 305, 306, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 414, 502, 503, 504, 600, 601, 602, 900, and 1001 were adopted.

3. Amendments to S.Ct.Prac.R. X(4) and (7) (Affidavits Based Upon Personal Knowledge) were adopted.